STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ZORAN J. SEGINA
Assistant United States Attorney
California Bar Number 129676
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6606
    Facsimile: (213) 894-5900
    E-mail: zoran.segina@usdoj.gov
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 14-0829-GW(AGRx) |
| Plaintiff, | **CONSENT JUDGMENT** |
| v. | |
| FARSHAD S. TORBATI, DDS, | |
| Defendant. | |

///

///

///

///

///

THE COURT, having reviewed the Stipulation for Entry of Consent Judgment between the United States of America on behalf of its agency, the Department of Health and Human Services, and Farshad S. Torbati, DDS, defendant herein ("Defendant"), and it appearing that the United States of America is entitled to entry of a judgment against Defendant, and good cause existing therefor;

IT IS ORDERED, ADJUDGED, AND DECREED that the United States of America shall have judgment against Defendant Farshad S. Torbati, DDS as follows:

1. As a result of a defaulted student loan, Defendant shall pay to the United States the principal sum of $271,061.84, together with interest accrued to April 24, 2013, of $301.69, for a total amount of $271,363.53, and interest accruing at the legal rate from and after the date of judgment until satisfied.

2. The United States will record judgment liens with all County Recorders wherein Defendant resides or owns real property; however, as long as Defendant makes payments as set forth herein, the United States will otherwise take no action to enforce this Judgment.

3. Defendant shall pay the Judgment in monthly installments of One Thousand Dollars ($1,000.00) on the first day of each month commencing on or before May 1, 2015, until the Judgment is paid in full.

4. Defendant shall keep the attorneys for the United States informed in writing of any material change in his financial situation or ability to pay, and of any change in his employment, place of residence, or telephone number.

5. The monthly $1,000.00 payment rate will be reevaluated in twelve (12) months and may be modified, as necessary, to take into account the changed economic circumstances of Defendant. For purpose of evaluation and possible modification, Defendant shall provide United States with a Financial Statement (Form OBD 500), and a copy of his Federal Income Tax returns including all attachments, two (2) months prior to the first anniversary of the Judgment, and at the same time each year thereafter, until the Judgment is satisfied.

6. Should Defendant become delinquent, after notice to cure and a reasonable opportunity to cure, in making any payment due hereunder, United States shall have the right to enforce the Consent Judgment for the remaining balance then due, after giving credit for any payments made.

7. If the Defendant pays to the United States the sum of Two Hundred and Seventy-One Thousand, Three Hundred and Sixty-Three Dollars and Fifty-Three cents ($271,363.53) plus accrued interest on this sum as provided by law, the United States of America will deem the Judgment satisfied, and will provide to Defendant a Release of Lien(s) Under Abstract of Judgment for recording with the applicable County Recorder(s).

///
///
///
///
///
///
///

8. Each party to this Action shall bear its own costs.

IT IS SO ORDERED.

DATED: March 26, 2015       _____
                             GEORGE H. WU, U.S. DISTRICT JUDGE

SUBMITTED BY:

STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ZORAN J. SEGINA
Assistant United States Attorney

/s/ Zoran J. Segina
ZORAN J. SEGINA
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

3